**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
***Gloria Clinton***
**Case No. 2:24-cv-4022**

**ORDER**

This matter is before the Court following its Order to Show Cause issued on April 10, 2025. (ECF No. 7.) Therein, the Court gave Plaintiff 21 days to show cause why her case should not be dismissed for non-compliance with Sections III.D–E of Case Management Order No. 53. (*Id.*; *see* MDL ECF No. 851 at 4–6.) The Order warned that "[i]f Plaintiff fails to respond or fails to carry her burden as to the alleged noncompliance, this case shall be dismissed with prejudice by an Order of Court." (ECF No. 7.)

Much time has passed, and Plaintiff has failed to file a response to the Court's Order to Show Cause. As such, this case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

**11/2/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**